COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



### ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-11-00333-CV |
| Style: | Andrew Whallon, Dahlia Garcia, and Richard Grayshaw |
| | **v** City of Houston |
| Date motion filed*: | August 15, 2013 |
| Type of motion: | Motion to Exceed Word Count Limit for Briefs |
| Party filing motion: | Appellant |
| Document to be filed: | |

Is appeal accelerated?        No

Ordered that motion is:

☐        Granted

         If document is to be filed, document due:

☑        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☑        Other: _____

**We STRIKE appellants' briefs for failure to comply with Texas Rule of Appellate Procedure 9.4(i)(2)(B) and ORDER appellants to file briefs complying with the rule within 30 days of the date of this order.  *See* TEX. R. APP. P. 9.4(i)(2), (3), (j).  No extensions of time to file appellants' briefs will be granted.  If appellants' amended briefs are not filed by the deadline, the Court will dismiss this appeal without further notice.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c).  Appellee's brief will be due 30 days after appellants file briefs in compliance with rule 9.4(i)(2).**

Judge's signature: /s/ Chief Justice Sherry Radack
                   ☒ Acting individually      ☐ Acting for the Court

Panel consists of        _____

Date:  September 30, 2013

November 7, 2008 Revision